UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ANHHANG THI PHAM; THANH NGUYEN; DALJIT S. DHAMI; FREMONT CENTER PHARMACY, a California Corporation; EVANGELINE GALLEGOS; and Does 1-10,<br><br>    Defendants, | **Case No**. 2:14-CV-02174-KJM-CKD<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS |

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants ANHHANG THI PHAM; THANH NGUYEN; DALJIT S. DHAMI; FREMONT CENTER PHARMACY, a California Corporation; EVANGELINE GALLEGOS ("Defendant s") hereby stipulate to extend the deadline to file the dispositional documents to March 22, 2015.

IT IS SO ORDERED.

Dated:  March 3, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1